B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   Food Fresh, LLC                              Case No.
                        Debtor(s)                    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Adlife Marketing & Communications Co.<br>555 University Ave<br>Norwood, MA 02062 | Adlife Marketing & Communications Co.<br>555 University Ave<br>Norwood, MA 02062 | | | 552.04 |
| Associated Wholesalers, Inc.<br>P. O. Box 1716<br>Reading, PA 19603-1716 | Associated Wholesalers, Inc.<br>P. O. Box 1716<br>Reading, PA 19603-1716 | | | 45,387.42 |
| blanc<br>88 King Street<br>Dover, NJ 07801 | blanc<br>88 King Street<br>Dover, NJ 07801 | | | 3,717.20 |
| Borough of Lansdale<br>35 Vine Street<br>Lansdale, PA 19446 | Borough of Lansdale<br>35 Vine Street<br>Lansdale, PA 19446 | | | 684.31 |
| Borough of Lansdale | Borough of Lansdale | local taxes | | 884.00 |
| Bozzuto's, Inc.<br>275 School House Rd<br>Cheshire, CT 06410-0340 | Bozzuto's, Inc.<br>275 School House Rd<br>Cheshire, CT 06410-0340 | | | 4,000.00 |
| Butter Krust Baking Co.<br>7652 Penn Drive<br>Allentown, PA 18106 | Butter Krust Baking Co.<br>7652 Penn Drive<br>Allentown, PA 18106 | | | 2,049.81 |
| C & S Wholesale Grocers, Inc.<br>Old Ferry Rd<br>Brattleboro, VT 05302 | C & S Wholesale Grocers, Inc.<br>Old Ferry Rd<br>Brattleboro, VT 05302 | | | 189,417.17 |
| Canada Dry Del. Valley Bottling Co.<br>8275 N. Crescent Blvd<br>Pennsauken, NJ 08110-1435 | Canada Dry Del. Valley Bottling Co.<br>8275 N. Crescent Blvd<br>Pennsauken, NJ 08110-1435 | | | 468.85 |
| Clemens Uniform Rental<br>811 W. 5th Street<br>Lansdale, PA 19446 | Clemens Uniform Rental<br>811 W. 5th Street<br>Lansdale, PA 19446 | | | 1,118.65 |
| Coffee Shops International LLC<br>960 Brook Road<br>Unit 1<br>Conshohocken, PA 19428 | Coffee Shops International LLC<br>960 Brook Road<br>Unit 1<br>Conshohocken, PA 19428 | | | 1,414.61 |

B4 (Official Form 4) (12/07) - Cont.

In re   Food Fresh, LLC                                    Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| COMCAST CABLE PO BOX 3005 Horsham, PA 19044-3326 | COMCAST CABLE PO BOX 3005 Horsham, PA 19044-3326 | | | 316.61 |
| Commonwealth of PA | Commonwealth of PA | | | 580.00 |
| Concord/First Data | Concord/First Data | | | 2,162.99 |
| Core-Mark Midcontinent Inc. P. O. Box 1450 Wilkes Barre, PA 18703 | Core-Mark Midcontinent Inc. P. O. Box 1450 Wilkes Barre, PA 18703 | | | 7,252.69 |
| Foodtown, Inc. 485 Route 1 South Bldg. E - Suite 170 Iselin, NJ 08830 | Foodtown, Inc. 485 Route 1 South Iselin, NJ 08830 | advertising and other charges | | 59,561.00 |
| Foodtown, Inc. Bldg. E - Suite 170 485 Route 1 South Iselin, NJ 08830 | Foodtown, Inc. Bldg. E - Suite 170 485 Route 1 South Iselin, NJ 08830 | monies loaned | | 40,833.00 |
| Hubert 9555 Dry Fork Harrison, OH 45030-1994 | Hubert 9555 Dry Fork Harrison, OH 45030-1994 | | | 729.12 |
| JGKM Associates, LLC 730 East Elm Street Conshohocken, PA 19428 | JGKM Associates, LLC 730 East Elm Street Conshohocken, PA 19428 | unpaid rent | | 375,000.00 |
| Supermarket Needs Corp. d/b/a Huguenot Sales Co. 1135 Southern Blvd Bronx, NY 10459 | Supermarket Needs Corp. d/b/a Huguenot Sales Co. 1135 Southern Blvd Bronx, NY 10459 | | | 12,934.95 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April 19, 2011            Signature   /s/ Louis Mignosi
                                              Louis Mignosi
                                              Managing member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.